11UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>19-CR-20804-SINGHAL(s)</u>
18 U.S.C. § 371
31 U.S.C. § 5324(a)(3)
31 U.S.C. § 5324(d)(2)
31 U.S.C. § 5317(c)(1)

UNITED STATES OF AMERICA

v.

ASHLEIGH HOLLOWAY,

       **Defendant.**

_____/

FILED BY JAO D.C.

FEB 26 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**<u>SUPERSEDING INFORMATION</u>**

The United States Attorney charges that:

**<u>GENERAL ALLEGATIONS</u>**

At all times relevant to this Superseding Information:

1.     A "currency transaction report" ("CTR") was a report that was submitted on United States Department of Treasury ("Treasury"), Financial Crimes Enforcement Network Form 104. A domestic financial institution was required by federal law to file a CTR with Treasury for each financial transaction that involved United States currency in excess of $10,000. Such financial transactions included deposits, withdrawals, or exchanges of currency, or other transactions involving the physical transfer of currency from one person to another.

2.     Bank of America was a domestic financial institution.

3.     J.P. Morgan Chase was a domestic financial institution.

4.     Regions Bank was a domestic financial institution.

5.     TD Bank was a domestic financial institution.



## COUNT 1
**Conspiracy to Structure Transactions to Avoid Reporting Requirements**
**(18 U.S.C. § 371)**

1. The General Allegations set forth above are hereby re-alleged and incorporated by reference as if fully set forth herein.

2. Beginning in or around July 2012 and continuing through in or around November 2019, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ASHLEIGH HOLLOWAY,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the United States Attorney, to commit an offense against the United States, that is, to knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and any regulation promulgated thereunder, structure and assist in structuring any transaction with one or more domestic financial institutions, in violation of Title 31, United States Code, Section 5324(a)(3).

### OBJECT OF THE CONSPIRACY

3. It was the object and purpose of the conspiracy for the defendant and her co-conspirators to deposit and to assist in the depositing of large sums of cash into accounts at domestic financial institutions by dividing the large sums into smaller deposits below the reporting threshold to avoid filing required reports that would raise suspicion or draw the attention of the financial institution, law enforcement, or other authorities to the cash deposits, which were the proceeds of a commercial sex enterprise.

## OVERT ACTS

In furtherance of the conspiracy and to effect the object thereof, at least one of the co-conspirators committed at least one of the following overt acts, among others, in the Southern District of Florida:

4. On or about May 19, 2016, a coconspirator made and assisted in making a cash deposit in the amount of $5,000 into a Bank of America bank account ending in 2640.

5. On or about May 19, 2016, a coconspirator made and assisted in making a cash deposit in the amount of $5,000 into a Bank of America bank account ending in 3086.

6. On or about May 19, 2016, a coconspirator made and assisted in making a cash deposit in the amount of $3,600 into a Bank of America bank account ending in 7839.

7. On or about May 19, 2016, a coconspirator made and assisted in making a cash deposit in the amount of $1,400 into a Bank of America bank account ending in 7839.

8. On or about May 19, 2016, a coconspirator made and assisted in making a cash deposit in the amount of $4,850 into a J.P. Morgan Chase bank account ending in 0700.

9. On or about May 19, 2016, a coconspirator made and assisted in making a cash deposit in the amount of $150 into a J.P. Morgan Chase bank account ending in 0700.

10. On or about May 19, 2016, a coconspirator made and assisted in making a cash deposit in the amount of $5,000 into a J.P. Morgan Chase bank account ending in 2505.

11. On or about May 19, 2016, **ASHLEIGH HOLLOWAY** made and assisted in making a cash deposit in the amount of $4,500 into a J.P. Morgan Chase bank account ending in 3597.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
**Structuring Transactions to Avoid Reporting Requirements**
**(18 U.S.C. § 5324(a)(3))**

1. The General Allegations set forth above are hereby re-alleged and incorporated by reference as if fully set forth herein.

2. On or about September 22, 2018, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendant,

**ASHLEIGH HOLLOWAY,**

did knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and any regulation promulgated thereunder, structure and assist in structuring, and attempt to structure and assist in structuring, transactions at domestic financial institutions, as set forth below:

| Bank Account | Monetary Transaction |
|---|---|
| J.P. Morgan Chase Account ending in 3597 | $3,000 Cash Deposit |
| J.P. Morgan Chase Account ending in 3597 | $2,200 Cash Deposit |
| J.P. Morgan Chase Account ending in 3597 | $200 Cash Deposit |
| TD Bank Account ending in 9380 | $3,000 Cash Deposit |
| TD Bank Account ending in 9380 | $3,000 Cash Deposit |

In violation of Title 31, United States Code, Section 5324(a)(3), and Title 18, United States Code, Section 2.

It is further alleged that the offense conduct was part of a pattern of illegal activity involving more than $100,000 in a twelve-month period, in violation of Title 31, United States Code, Section 5324(d)(2).

## FORFEITURE ALLEGATIONS

1. The allegations of this Superseding Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ASHLEIGH HOLLOWAY**, may have an interest.

2. Upon conviction of a violation of Title 31, United States Code, Section 5324, or a conspiracy to commit such violation, as alleged in this Superseding Information, the defendant shall forfeit to the United States all property, real or personal, involved in the offense and any property traceable to such property, pursuant to Title 31, United States Code, Section 5317(c)(1)(A).

3. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

   a. Real property located at 4630 Sherwood Forest Drive, Delray Beach, Florida; and

   b. Real property located at 4724 Franwood Drive, Delray Beach, Florida.

4. If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant,

   (1) cannot be located upon the exercise of due diligence;
   (2) has been transferred or sold to, or deposited with a third person;
   (3) has been placed beyond the jurisdiction of the Court;
   (4) has been substantially diminished in value; or
   (5) has been commingled with others property which cannot be subdivided without difficulty;

the United States of America should be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

5

All pursuant to Title 31, United States Code, Section 5317(c)(1)(A), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 31, United States Code, Section 5317(c)(1)(B) and Title 28, United States Code, Section 2461(c).

_____ for:
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ASHLEIGH HOLLOWAY,

              Defendant.     /

CASE NO. 19-CR-20804-SINGHAL(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | | |
|---|---|---|---|
| New defendant(s) | Yes ___ | No ✓ | |
| Number of new defendants | ___ | | |
| Total number of counts | ___ | | |

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect   _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   | | | |
   |---|---|---|
   | I | 0 to 5 days | ✓ |
   | II | 6 to 10 days | |
   | III | 11 to 20 days | |
   | IV | 21 to 60 days | |
   | V | 61 days and over | |

   (Check only one)
   | | |
   |---|---|
   | Petty | |
   | Minor | |
   | Misdem. | |
   | Felony | ✓ |

6. Has this case previously been filed in this District Court?   (Yes or No)   Yes
   If yes: Judge _____ Case No. 19-CR-20804-SINGHAL(s)
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No. 19-MJ-08472-REINHART
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of   12/9/2019
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

_____
JESSICA KAHN OBENAUF
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 0052716

*Penalty Sheet(s) attached     REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ASHLEIGH HOLLOWAY

**Case No:** 19-CR-20804-SINGHAL(s)

Count #: 1

Conspiracy to Structure Transactions to Avoid Reporting Requirements

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 2

Structuring Transactions to Avoid Reporting Requirements

Title 18, United States Code, Section 5324(a)(3) and (d)(2)

**\*Max. Penalty:** 10 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.