UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-20804-CR-SINGHAL(s)

United States of America,

v.

ASHLEIGH HOLLOWAY,

_____/

## WAIVER OF INDICTMENT

I, ASHLEIGH HOLLOWAY, the above named defendant who is accused of **CONSPRIACY TO STRUCTURE TRANSACTIONS TO AVOID REPORTING REQUIREMENTS**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 3/1/2021, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____   for Ashleigh Holloway
Defendant

_____
Counsel for Defendant

_____
Jacqueline Becerra
United States Magistrate Judge