UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20804-AHS(s)

UNITED STATES OF AMERICA

vs.

HANAH CHAN and
ASHLEIGH HOLLOWAY,

       **Defendants.**
_____/

## UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO CONTINUE THE DEFENDANTS' SENTENCING HEARINGS

The United States of America, through its undersigned Assistant United States Attorney, hereby files this motion to continue the defendants' sentencing hearings, and states the following in support thereof:

1. The defendants previously pled guilty to conspiracy to structure transactions to avoid reporting requirements, in violation of Title 18, United States Code, Section 371; and structuring a transaction to avoid reporting requirements, in violation of Title 31, United States Code, Section 5324(a)(3) and (d)(2) and Title 18, United States Code, Section 2.

2. The defendants are currently set for sentencing on August 3, 2021.

3. The United States requests that the Court continue the defendants' sentencing hearings to a date after co-defendant William Foster is scheduled for trial. The government expects that both defendants will testify against Foster and would prefer to delay their sentencing hearings until after they testify. Additionally, the defendants' offense conduct largely overlap so it would be more judicially efficient to handle their sentencing hearings at the same time.

4. Defense counsel for Hanah Chan, Tara Kawass, and defense counsel for Ashleigh

Holloway, Seda Aktas, have no objection to the requested continuance.

WHEREFORE, the United States of America respectfully requests that the Court grant the government's request.

Respectfully submitted,
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: /s/ *Jessica Kahn Obenauf*
JESSICA KAHN OBENAUF
Assistant United States Attorney
Florida Bar No. 0052716
U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL 33132-2111
Telephone: (305) 961-9317
Email: jessica.obenauf@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, on August 2, 2021.

/s/ *Jessica Kahn Obenauf*
JESSICA KAHN OBENAUF
Assistant United States Attorney