UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20804-SINGHAL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ASHLEIGH HOLLOWAY,

    Defendant.
_____/

### STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL

AS IT IS STIPULATED by and between, Seda Aktas, B.C.S., present counsel for the Defendant, ASHLEIGH HOLLOWAY, and Paul D. Petruzzi, Esq., that Paul D. Petruzzi, Esq., be substituted as counsel of record for the Defendant, ASHLEIGH HOLLOWAY. Seda Aktas, B.C.S., together with Paul D. Petruzzi, Esq., respectfully request this Honorable Court enter an order of substitution of counsel for ASHLEIGH HOLLOWAY in the above-styled case.

                                                   Respectfully submitted,

| | |
|---|---|
| Seda Aktas, B.C.S. | Paul D. Petruzzi, Esq. |
| **FORWARD LEGAL TEAM** | **LAW OFFICES OF PAUL D. PETRUZZI, P.A.** |
| 701 Brickell Avenue | 8101 Biscayne Blvd. |
| Suite 1550 | PH 701 |
| Miami, FL 33031 | Miami, FL 33138 |
| Phone: (305) 728-5331 | Phone: (305) 373-6773 |
| Fax: (305) 728-5288 | Fax: (305) 373-3832 |
| E-mail: seda@forwardlegalteam.com | E-mail: petruzzi-law@msn.com |
| | |
| By: /s/ *Seda Aktas* | By: _____ |
| **SEDA AKTAS, B.C.S.** | **PAUL PETRUZZI, ESQ.** |
| Florida Bar No. 58838 | Florida Bar No. 982059 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 27, 2021, a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record.

By: _____
PAUL D. PETRUZZI, ESQ.